UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
ADA SOLUTIONS, INC.,
     Plaintiff,

     v.                                    CIVIL ACTION NO.
                                           12-11306-MBB
CHUCK MEADORS and CHUCK
MEADORS, INC.,
     Defendants,

Consolidated with

CHUCK MEADORS and CHUCK
MEADORS, INC.,
     Plaintiffs,

     v.                                    CIVIL ACTION NO.
                                           13-10583-MBB
CONTINENTAL STRUCTURAL PLASTICS,
INC. and ADA SOLUTIONS, INC.,
     Defendants.
```

**FINAL JUDGMENT**

**December 15, 2015**

**BOWLER, U.S.M.J.**

Decisions having been duly rendered by the court and the jury,

It is **ORDERED** and **ADJUDGED** that ADA Solutions, Inc. recover from Chuck Meadors and Chuck Meadors, Inc. the amount of $240,000 and prejudgment interest in the amount of $53,894 and that Chuck Meadors and Chuck Meadors, Inc. recover nothing from Continental Structural Plastics, Inc. and ADA Solutions, Inc.

                                                /s/ Marianne B. Bowler
                                          **MARIANNE B. BOWLER**
                                          United States Magistrate Judge